IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD BUCK                                :

                                            :

v.                                          :         CIVIL ACTION NO. 02-5308

                                            :

RAYMOND COLLERAN, ET AL.

                                            :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this         day of          ,         , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable CAROL SANDRA MOORE WELLS, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
JOHN P. FULLAM, J.

civrr