IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BUCK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RAYMOND COLLERHAN, et al | : | NO. 02-7605 |

### ORDER

AND NOW, this _____ day of October, 2002, Respondent's Motion For Enlargement of Time to File a Response is GRANTED. The response is due on or before December 10, 2002.

BY THE COURT

_____

CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE