IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD BUCK

                03-4228
                District Court Docket Number

vs.

RAYMOND COLLERHAN, ETAL

Notice of Appeal Filed 1/08/04
Court Reporter(s)/ESR Operator(s)     N/A


Filing Fee:
    Notice of Appeal __Paid _X_ Not Paid ___Seaman
    Docket Fee      __Paid _X_ Not Paid ___USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_X_ Granted
__Denied
__Pending

CC: JUDGE FULLAM
    APPEALS CLERK
    USCA

                Defendant's Address (for criminal appeals)


                Prepared by : _____
                            LINDA V.JERRY,Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm